

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY MUSE, | ) | Case No. CV 07-3419 SJO(JC) |
|               Petitioner, | ) | (~~PROPOSED~~) |
|    v. | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| T. FELKER, | ) | |
|               Respondent. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

    IT IS HEREBY ORDERED that: (1) Respondent's Motion to Dismiss is granted; (2) Petitioner's Motion to Stay is denied; and (3) Unless Petitioner files a notice of withdrawal of grounds 6, 7, 8, 9 and 13, within twenty (20) days of the entry of this Order, Judgment be entered denying the Petition and dismissing this action without prejudice for failure to exhaust state remedies.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and |
| 2 | the United States Magistrate Judge's Report and Recommendation by United States |
| 3 | mail on Petitioner and on Respondent's counsel. |
| 4 | IT IS SO ORDERED. |
| 6 | DATED: 3/14/08 |
| 9 | HONORABLE S. JAMES OTERO |
| | UNITED STATES DISTRICT JUDGE |