JS-6

FILED
CLERK U.S. DISTRICT COURT

APR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY MUSE, | ) Case No. CV 07-3419 SJO(JC) |
|---|---|
| Petitioner, | ) ~~(PROPOSED)~~ |
| v. | ) JUDGMENT |
| T. FELKER, | ) |
| Respondent. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 4-10-08

_S. Otero_
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE